1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16CR0423-MMA |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| DAVID DIAZ-ROJAS, | [Doc. No. 61] |
| Defendant. | |

**IT IS HEREBY ORDERED**, upon motion of the United States, that the information in the above-captioned case is dismissed without prejudice in the interest of justice.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 14, 2016

_____
HON. MICHAEL M. ANELLO
United States District Judge